FILED
JAN. 26, 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMARCUS DEON CRAWFORD,      )
                             )
        Plaintiff,           )
                             )
    v.                       )      Civil Action No.  22-113 (UNA)
                             )
                             )
WEST TENNESSEE DETENTION     )
FACILITY  *et al.*,          )
                             )
        Defendants.          )

**ORDER**

The above-captioned action submitted by a prisoner has been opened provisionally.  Before the Court can consider the application to proceed *in forma pauperis* ("IFP") [Dkt. # 2] and the Complaint [Dkt. # 1], Plaintiff must provide the following information.

Federal law requires a prisoner-plaintiff in a civil action to pay the statutory filing fee of $350.00, if proceeding IFP.  *See* 28 U.S.C. § 1914.  In accordance with the IFP provisions of the Prison Litigation Reform Act, Plaintiff must provide a <u>certified</u> copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action, obtained from the appropriate official of each prison where Plaintiff is or was confined; thereafter, the Court will determine Plaintiff's ability to pay the entire filing fee in one payment.  28 U.S.C. § 1915(a)(2).

If the Court determines that Plaintiff does not have sufficient funds to pay the filing fee at one time, it must assess an initial partial filing fee.  After payment of any initial partial filing fee, monthly payments of 20 percent of the deposits made to Plaintiff's trust fund account during the

1

preceding month will be forwarded to the Clerk of the Court each time the account balance exceeds $10.00. 28 U.S.C. § 1915(b)(1)-(2). Payments will continue until the filing fee is paid.

Accordingly, it is

**ORDERED** that within **thirty (30) days** from the filing date of this Order, Plaintiff shall provide the above-requested account information. Failure to comply with this Order will result in dismissal of the case without prejudice.

_____/s/_____
TANYA S. CHUTKAN
Date: January 26, 2022                    United States District Judge

2