**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMARCUS DEON CRAWFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 22-0113 (UNA) |
| | ) |
| WEST TENNESSEE DETENTION | ) |
| FACILITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and his *pro se* complaint (ECF No. 1). The Court issued an Order (ECF No. 3) on January 26, 2022, directing plaintiff to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. *See* 28 U.S.C. § 1915(a)(2). The Order advised that plaintiff's failure to submit this information would result in dismissal of the case. The Clerk of Court sent a copy of the Order to plaintiff at his address of record, and the U.S. Postal Service returned it as undeliverable. Plaintiff has not complied with the Order, and it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is DENIED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the complaint [1] and this civil action are DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall TERMINATE this case.

SO ORDERED.

DATE: June 6, 2022                          /s/
                                            DABNEY L. FRIEDRICH
                                            United States District Judge